| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>    PHILIP C. ROVENTINI,<br><br><br>       Debtor,<br><br>---------------------------------------------------------x | Case No. 10-24212 (RDD)<br>Chapter 11 |

## ORDER OF FINAL DECREE AND DISCHARGE OF DEBTOR

Upon the application, by notice of presentment dated October 5, 2017 (the "Application"), of Philip C. Roventini, the debtor and debtor-in-possession herein (the "Debtor"), for the entry of a Final Decree and Discharge of Debtor after completion of Chapter 11 Plan in the above-captioned Chapter 11 case, pursuant to sections 1106(a)(7), 1141(d)(5) and 350 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure, and the Amended Chapter 11 Plan of Reorganization, dated July 20, 2017 (the "Plan") and Court's Order confirming the Plan, dated August 31, 2017; and upon the Closing Report dated September 25, 2017 and the Certificate of Completion of Payments under the Plan, dated October 5, 2017; and, after due and sufficient notice of the Application and the opportunity for a hearing thereon, there being no objections to the Application; and no additional notice or hearing being required; and, after due deliberation and good and sufficient cause appearing, it is hereby

ORDERED, that the Application is granted as set forth herein, and it is further

ORDERED that, all payments provided for under the Plan having been completed, the Debtor is granted a discharge, under Section 1141(d) of the Bankruptcy Code, from all debts

listed in the Debtor's Schedules and provided for in the Plan, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, and provided, further, that (b) the Debtor shall not receive a discharge of any of the Chase secured debts in connection with the Note, the Mortgage, and the Stipulation and the Final Loan Modification as those terms are defined in the Plan, which shall govern the treatment of such debts; and it is further

ORDERED that, pursuant to Sections 1106(a)(7) and 350 of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, this Chapter 11 case is closed; and it is further

ORDERED, that the Debtor shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period; and it is further

ORDERED that Debtor's counsel shall serve a copy of this Order, mailed by first class mail, postage prepaid, on or before a date that is ten (10) days from the date of entry hereof, to all known holders of claims and interests against the Debtor in this Chapter 11 case, at their last known address, and to those other parties-in-interest who have filed a notice of appearance and request for service of process in this case.

Dated: White Plains, New York
      October 23, 2017

                                        /s/ Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION:
William K. Harrington
United States Trustee for Region 2

/s/ Serene K. Nakano, Trial Attorney
Serene K. Nakano, Trial Attorney
Office of the U.S. Trustee